IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT JOE STRANGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-17-472-D |
| | ) |
| DARREN GIPSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Charles B. Goodwin pursuant to 28 U.S.C. § 636(b)(1). Judge Goodwin recommends a dismissal without prejudice of this action due to Plaintiff's failure to comply with a prior order to pay the filing fee or submit a proper application for leave to proceed *in forma pauperis*, and has failed to prosecute his case according to procedural rules.

Plaintiff has neither filed a timely objection to the Report nor requested additional time to object. Upon consideration, the Court finds Plaintiff has waived further review of the issues in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 7] is ADOPTED in its entirety. This action is DISMISSED without prejudice to the filing of a new action. A separate judgment of dismissal shall be entered.

IT IS SO ORDERED this 30th day of June, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE